**ROBERT Z. DEMARCO, ESQ.**
Nevada Bar No. 12359
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| SOVANY BEVERAGE COMPANY, LLC<br>A Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT FLAVORS AND FRAGRANCES<br>d/b/a NEWPORT BOTTLING AND CANNING, a California Corporation;<br>Doe Individuals I through X, and Roe Corporations I through X,<br><br>Defendant. | CASE NO: 2:21-cv-01414-APG-EJY<br><br><br><br><br>STIPULATION REGARDING BRIEFING OF DEFENDANT'S MOTION TO DISMISS (ECF 6)<br>AND [PROPOSED] ORDER<br>[1st REQUEST] |

**IT IS HEREBY STIPULATED and AGREED** by and between the Plaintiff, Sovany Beverage Company, LLC, through Robert Z. DeMarco, Esq., and Eric Hone, Esq., and Joel Schwarz, Esq., attorneys for Defendant, Newport Flavors and Fragrances, d/b/a Newport Bottling and Canning, that Plaintiff may file a Response to Defendant's Motion to Dismiss (ECF 6), by September 3, 2021, and that Defendant may file a Reply to said Response by September 17, 2021.

The reason for this stipulation is there is a pending Order to Show Cause why this matter should not be Remanded for lack of subject matter jurisdiction. Moreover, counsel for Plaintiff has requested additional time to file a response in this Court in the event the matter is not remanded back to the Eighth Judicial District Court.

By entering into this stipulation, Plaintiff does not consent to the Defendant's removal of this action from the Eighth Judicial District Court, and Plaintiff reserves all rights and remedies.

**DATED** this 19th day of August, 2021.

*/s/ Robert Z. DeMarco*
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff

**DATED** this 19th day of August, 2021.

  /s/ *Eric D. Hone*
H1 LAW GROUP
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Joel Z. Schwarz, NV Bar No. 9181
joel@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax 702-703-1063
Attorneys for Defendant

**ORDER**

Based upon the foregoing stipulation, and with good cause appearing, **IT IS THEREFORE ORDERED** that Plaintiff may file a Response to the Motion to Dismiss (ECF 6), by September 3, 2021, and that Defendant may file a Reply to said Response by September 17, 2021, in the event the matter is not remanded back to the Eighth Judicial District Court.

**IT IS SO ORDERED**.

**DATED** this 20th day of   August   , 2021.

_____
**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Robert Z. DeMarco*
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff