**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SOVANY BEVERAGE COMPANY, LLC, | Case No.: 2:21-cv-01414-APG-EJY |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| NEWPORT FLAVORS AND FRAGRANCES, | |
| Defendant | |

    Based on defendant Newport Flavors and Fragrances' response (ECF No. 10) to my order to show cause (ECF No. 5), I will not remand this case at this time. The parties remain responsible to prove diversity jurisdiction before entry of final judgment.

    DATED this 27th day of August, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE