**ROBERT Z. DEMARCO, ESQ.**
Nevada Bar No. 12359
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | | |
|---|---|---|
| SOVANY BEVERAGE COMPANY, LLC<br>A Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT FLAVORS AND FRAGRANCES<br>d/b/a NEWPORT BOTTLING AND CANNING, a California Corporation;<br>Doe Individuals I through X, and Roe Corporations I through X,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO: 2:21-cv-01414-APG-EJY<br><br><br><br><br><br><br>STIPULATION REGARDING BRIEFING OF DEFENDANT'S MOTION TO DISMISS (ECF 6)<br>AND ORDER<br>[THIRD REQUEST] |

**IT IS HEREBY STIPULATED and AGREED** by and between the Plaintiff, Sovany Beverage Company, LLC, through Robert Z. DeMarco, Esq., and Eric Hone, Esq., and Joel Schwarz, Esq., attorneys for Defendant, Newport Flavors and Fragrances, d/b/a Newport Bottling and Canning, that Plaintiff may file a Response to Defendant's Motion to Dismiss (ECF 6), by October 6, 2021, and that Defendant may file a Reply to said Response by October 20, 2021.

The reason for this stipulation is the parties are attempting to resolve the matter, and the parties seek to conserve resources and are mindful of judicial economy.

**DATED** this 15th day of September, 2021.

*/s/ Robert Z. DeMarco*
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff

**DATED** this 15th day of September, 2021.

  /s/ *Eric Hone*
H1 LAW GROUP
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Joel Z. Schwarz, NV Bar No. 9181
joel@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone 702-608-3720
Fax 702-703-1063
Attorneys for Defendant

**ORDER**

Based upon the foregoing stipulation, and with good cause appearing, **IT IS THEREFORE ORDERED** that Plaintiff may file a Response to the Motion to Dismiss (ECF 6), by October 6, 2021, and that Defendant may file a Reply to said Response by October 20, 2021.

**IT IS SO ORDERED**.

DATED this 16th day of September 16, 2021.

**UNITED STATES DISTRICT JUDGE**

Submitted by:

*/s/ Robert Z. DeMarco*
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff