ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| SOVANY BEVERAGE COMPANY, LLC A Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NEWPORT FLAVORS AND FRAGRANCES d/b/a NEWPORT BOTTLING AND CANNING, a California Corporation; Doe Individuals I through X, and Roe Corporations I through X,<br><br>Defendant. | CASE NO: 2:21-cv-01414-APG-EJY<br><br>STIPULATION REGARDING BRIEFING OF DEFENDANT'S MOTION TO DISMISS [ECF No. 6] AND DISCOVERY PLAN AND [PROPOSED] ORDER (FOURTH REQUEST AS TO MOTION TO DISMISS AND FIRST AS TO DISCOVERY PLAN) |

IT IS HEREBY STIPULATED and AGREED by and between Plaintiff Sovany Beverage Company, LLC ("Plaintiff"), and Defendant Newport Flavors and Fragrances, d/b/a Newport Bottling and Canning ("Defendant"), by and through their respective undersigned counsel:

1. As set forth in prior stipulations between the parties [ECF Nos. 9, 13, 15], the parties are still attempting to resolve the matter through counsel, and the parties have conserved resources and have been mindful of judicial economy during that process.

1

2. A settlement either will be reached within the next two weeks, or a settlement will not occur at this juncture.

3. With the forgoing in mind, and to accommodate the schedule of Plaintiff's counsel during the week of October 4 – October 8, 2021, the parties have agreed to a final extension of the briefing schedule on Defendant's pending Motion to Dismiss for Lack of Personal Jurisdiction [ECF No. 6] (the "Motion to Dismiss").

4. Specifically, the parties stipulate and agree that Plaintiff shall have until October 20, 2021 to file an opposition to the Motion to Dismiss, and Plaintiff shall have until November 3, 2021 to file a reply in support of the Motion to Dismiss.

5. Absent exigent circumstances, there shall be no further extensions of the briefing schedule on the Motion to Dismiss.

6. In addition, on September 21, 2021, the Court entered a minute order [ECF No. 17] regarding the submission of a proposed discovery plan and scheduling order.

7. The parties respectfully submit that with the Motion to Dismiss pending, the submission of a proposed discovery plan and scheduling order would be inefficient and a potential waste of judicial time and resources.

   a. For reasons that will be addressed in Plaintiff's opposition to the Motion to Dismiss, Plaintiff maintains that said Motion should be denied, and if the Motion is not denied on its face, at a minimum, jurisdictional discovery should be conducted before the Court rules on the Motion to Dismiss. If such discovery is ordered, then any proposed discovery plan and scheduling order will be moot.

///

    b. For reasons that will be addressed in Defendant's reply in support of the Motion to Dismiss, Defendant maintains there is no basis for conducting jurisdictional discovery and the Motion to Dismiss should be granted. Should the Court grant the Motion to Dismiss, then there will be no discovery, and any proposed discovery plan and scheduling order will be moot.

8. As such, the parties stipulate and agree that any requirement for filing a proposed discovery plan and scheduling order should be stayed until the Court has entered a decision on the Motion to Dismiss.

DATED this 4th day of October 2021.

/s/ Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: (702) 384-5563
Fax: (702) 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff

DATED this 4th day of October, 2021.

  /s/ Joel Schwarz
H1 LAW GROUP
Eric D. Hone, NV Bar No. 8499
eric@h1lawgroup.com
Joel Z. Schwarz, NV Bar No. 9181
joel@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Tel: (702) 608-3720
Fax: (702) 703-1063
Attorneys for Defendant

**ORDER**

Based upon the foregoing stipulation, and with good cause appearing, IT IS THEREFORE ORDERED:

1. Plaintiff shall file an opposition to the Motion to Dismiss for Lack of Personal Jurisdiction ("the "Motion to Dismiss") [ECF 6], by October 20, 2021, and Defendant shall file a reply in support of the Motion to Dismiss by November 3, 2021.

2. Until such time as the Court has entered a decision on the Motion to Dismiss, the parties' obligation to submit a proposed discovery plan and scheduling order is temporarily shall be stayed.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 6, 2021

Submitted by:

/s/ Robert Z. DeMarco
ROBERT Z. DEMARCO, ESQ.
Nevada Bar No. 12359
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Tel.: [702] 384-5563
Fax: [702] 598-1425
rdemarco@cslawoffice.net
Attorney for Plaintiff